UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80828-CIV-HURLEY/HOPKINS

PETER C. CLINTON,
    plaintiff,

**CLOSED CASE**

vs.

DELRAY CREDIT COUNSELING, INC.,
    defendant.
_____/

### FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE & CLOSE-OUT

**THIS CAUSE** was previously referred to Magistrate Judge James Hopkins for resolution of all non-dispositive pretrial matters and recommended disposition of all dispositive matters pursuant to 28 U.S.C. §§ 636-39 and Rule 72 of the Federal Rules of Civil Procedure.

On October 14, 2008, Magistrate Judge Hopkins filed a Report and Recommendation recommending that the plaintiff's *pro se* complaint be dismissed without prejudice for failure to exhaust administrative remedies [DE # 6], to which plaintiff has filed no objection.

Having carefully reviewed the Report, pursuant to 28 U.S.C. § 636(b)(1), the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well-reasoned and accordingly adopts them here.

It is therefore **ORDERED AND ADJUDGED**:

1. The Report and Recommendation of United States Magistrate Judge Hopkins [DE #6] is **APPROVED and ADOPTED** in full.

2. The plaintiff's complaint in this action is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 24 day of November, 2008.

Daniel T. K. Hurley
United States District Judge

Copies furnished to:

United States Magistrate Judge Hopkins

Peter C. Clinton, *pro se*